JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYORICO LORA LORA,<br><br>　　　　Petitioner,<br><br>vs.<br><br>TIMOTHY BUSBY, Warden,<br><br>　　　　Respondent. | Case No. EDCV 10-0757-SVW (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: __April 17, 2013___

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1